9 So.2d 20

**STATE v. David F. SELLERS.**

I Div. 171.

Supreme Court of Alabama.
June 18, 1942.

Wm. V. McDermott, of Mobile, for the petition.

Thos. S. Lawson, Atty. Gen., and John W. Lapsley, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of David F. Sellers for certiorari to the Court of Appeals to review and revise the judgment and decision of the Court in the case of State v. Sellers, 30 Ala. App. 512, 9 So.2d 19.

Writ denied.

All the Justices concur, except KNIGHT, J., not sitting.